Robert M. Waxman (SBN 89754)
  rwaxman@ecjlaw.com
Banu S. Naraghi (SBN 312754)
  bnaraghi@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff VIZIO, INC., a California corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation, | Case No. 8:22-cv-856-CJC-JDE |
| Plaintiff, | The Hon. Cormac J. Carney |
| v. | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT A PARENT MEDIA CO. INC., AN ALBERTA, CANADA CORPORATION** |
| A PARENT MEDIA CO. INC., an Alberta, Canada corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>      Plaintiff,<br><br>v.<br><br>A PARENT MEDIA CO. INC., an Alberta, Canada corporation; and DOES 1 through10, inclusive,<br><br>      Defendants. | Case No.: 8:22-cv-856-CJC-JDEx<br><br>**AFFIDAVIT OF SERVICE** |

Canada                )
                          ) ss.
City of _____Calgary_____)

I declare that I, Randy Milnes, am a resident of Canada, over the age of twenty-one, not a party nor an attorney for any party in this action, am authorized to serve process in Alberta, Canada and I performed the following service:

Service upon **A Parent Media Co. Inc.** was accomplished by delivering the Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, and Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, in the above titled action, personally and in person to Jeremy Mason, Director of Operations and Strategy of Kidoodle.tv. A Parent Media Co. Inc. is the parent company of Kidoodle.tv.

Date Served: 29th day of April 2022 at 3:06 P.M.
Address where served: Unit 320, 333 24 Ave SW, Calgary, AB T2S 3E6, Canada

*On 29 April 2022, I placed an envelope into the Canada postal service for delivery of a copy of the service documents to the above address. A copy of the postage paid mailing envelope is attached as Exhibit A.*

**Description of person served:**
Race: Caucasian Hair color: black Height: 5'6" Weight: 130lbs Gender: M Age: Approx. 40 yrs old

Signature _____[signature]_____

SUBSCRIBED AND SWORN to before me this ___4___ day of ___May___, 2022.

_____
Authorized to swear affidavit oaths
under the laws of Canada

CARINA W.C. AU
Barrister & Solicitor

2

**EXHIBIT "A" REFERRED TO IN AFFIDAVIT OF RANDY MILNES**



This is Exhibit " A " referred to in the Affidavit of
RANDY MILNES
Sworn before me this 4 day of MAY A.D., 20 22

CARINA W. C...
Barrister & Solicitor





**CERTIFICATE OF SERVICE**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

*VIZIO, INC. v. A PARENT MEDIA CO. INC., et al.*

*Case No. 8:22-cv-856-CJC-JDE*

The undersigned certifies that on May 11, 2022, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT A PARENT MEDIA CO. INC., AN ALBERTA, CANADA CORPORATION**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system.

Any other parties and/or attorneys of record who are not registered users are being served by first class mail and email as follows:

Sarah K. O'Brien, Esq.
Law Offices of Thomas F. Nowland
20241 SW Birch Street – Suite 203
Newport Beach, CA 92660
Tel: (949) 221-0005
Fax: (949) 221-0003
skobrien@nowlandlaw.com

By: /s/ Robert M. Waman
      Robert M. Waxman