# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>A PARENT MEDIA CO. INC., an Alberta, Canada corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 8:22-cv-856-CJC-JDE<br><br>The Hon. Cormac J. Carney<br><br>**ORDER ON JOINT STIPULATION RE DISMISSAL**<br><br>Action Filed:       April 22, 2022<br>Counterclaims Filed:  June 3, 2022 |

IT IS HEREBY ORDERED that Vizio, Inc.'s Complaint and A Parent Media Co. Inc.'s Counterclaim (and the entire action) in the above-captioned case is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party to this action shall bear its own costs, including attorneys' fees.

**IT IS SO ORDERED.**

DATE: September 8, 2022

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE